MELHADO, Respondent, v. STEEL & MASONRY CONTRACTING CO. Appellant. (No. 6800.) (Supreme Court, Appellate Division, First Department. February 5, 1915.) Appeal

from ·Trial Term, New York County. Action by Henry Melhado against the Steel & Masonry Contracting Company. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Reversed, and new trial ordered. H. M. Hitchings, of New York City, for appellant. Benjamin Berger, of New York City, for respondent.

PER CURIAM. Upon all the testimony in this case, the finding of the jury that the defendant was negligent is against the clear weight of the evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to the appellant to abide the event.